United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NAZARI 2 LLC,** <br> Plaintiff, <br> vs. <br> **JPMORGAN CHASE BANK N.A., ET AL.,** <br> Defendants. | CASE NO. 19-cv-02786-YGR <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** <br> Re: Dkt. No. 32 |

On September 5, 2019, the Court ordered plaintiff Nazari 2 LLC ("Nazari") to show cause as to why the Court should not strike the complaint and dismiss the action without prejudice for plaintiff's failure to appear with an attorney. (Dkt. No. 32.) The Court further ordered plaintiff to file a written response to the September 5 Order to Show Cause by no later than Friday, September 20, 2019. (*Id.*) As of the date of this order, Nazari has not filed a written response or any other document. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the above-captioned action.

**IT IS SO ORDERED.**

Dated: September 23, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**